IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22CR291 |
| vs. | |
| EMMETT WALKER, JR., | ORDER |
| Defendant. | |

This matter is before the Court on Defendant's UNOPPOSED MOTION TO ENLARGE PRETRIAL MOTIONS [21] deadline. The Court notes that a jury trial as to this defendant is set for March 14, 2023, before District Judge Brian C. Buescher. However, for good cause shown, I find that the motion should be granted. Defendant will be given an approximate thirty (45) day extension. Leave is given to file pretrial motions on or before April 11, 2023. Accordingly,

**IT IS ORDERED:**

1. Defendant's UNOPPOSED MOTION TO ENLARGE PRETRIAL MOTIONS [21] deadline is granted. Pretrial motions shall be filed on or before April 11, 2023.

2. Defendant's jury trial scheduled for March 14, 2023, is cancelled, and shall be rescheduled upon the expiration of the April 11, 2023, pretrial motion filing deadline.

3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between February 24, 2023, and April 11, 2023, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

Dated this 27th day of February, 2023.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge

8:22-cr-00291-BCB-MDN Doc # 23 Filed: 02/27/23 Page 2 of 2 - Page ID # 39