**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:22CR291** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **EMMETT WALKER, JR.,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

     This matter is before the court on defendant's Unopposed Motion to Continue Trial [35].  Counsel needs additional time to negotiate a resolution short of trial. For good cause shown,

     **IT IS ORDERED** that the Motion to Continue Trial [35] is granted, as follows:

1. The jury trial now set for June 27, 2023, is continued to **September 5, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 5, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

  **DATED:  June 13, 2023**

                       **BY THE COURT:**


                       **s/ Michael D. Nelson
United States Magistrate Judge**