IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>EMMETT WALKER, JR.,<br><br>    Defendant. | 8:22-CR-291<br><br>**FINAL ORDER OF FORFEITURE** |

   This matter is before the Court on the United States' Motion for a Final Order of Forfeiture. Filing 82. Having reviewed the record in this case, the Court finds as follows:

   1.  On September 10, 2024, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant's interest in a Mossberg Model 715T .22 caliber rifle. Filing 69.

   2.  Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on November 9, 2024, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed herein on January 8, 2025. Filing 81.

   3.  The United States advises the Court that no party has filed a petition regarding the subject Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

   4.  The Motion for Final Order of Forfeiture should be granted.

   IT IS ORDERED:

   1.  The Plaintiff's Motion for Final Order of Forfeiture, Filing 82, is granted;

2. All right, title and interest in and to the Mossberg Model 715T .22 caliber rifle seized from the Defendant on or about November 22, 2022, held by any person or entity are forever barred and foreclosed;

3. The Mossberg Model 715T .22 caliber rifle is forfeited to the Government; and

4. The Government is directed to dispose of that currency in accordance with the law.

Dated this 13th day of January, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge