IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EMMETT WALKER, JR.,<br><br>Defendant. | **8:22CR291**<br><br>**ORDER ON APPEARANCE FOR<br>SUPERVISED RELEASE VIOLATION** |

The defendant appeared before the Court on March 30, 2026 regarding Petition for Offender Under Supervision [85]. Kelly Steenbock represented the defendant. Kelli Ceraolo represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

The defendant requested a preliminary hearing which was held. Fed. R. Crim. P. 32.1(b)(1). The government failed to meet its burden to establish probable cause that the defendant has violated any conditions of supervised release as alleged in the petition. Therefore, the Petition for Offender Under Supervision [85] is dismissed. Fed. R. Crim. P. 32.1(b)(1)(C).

The government moved for detention based upon risk of danger. The defendant requested a detention hearing which was held. The defendant met his burden to establish by clear and convincing evidence that he will pose a danger to any other person or to the community. Fed. R. Crim. P. 32.1(a)(6). The government's motion for detention is denied, and the defendant shall be released on the current terms and conditions of supervision with a proposed additional condition to be submitted to District Judge Buescher for consideration. 18 U.S.C. § 3143(a)(1).

**IT IS SO ORDERED**.

Dated this 30th day of March, 2026.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge